AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jeanne Manning, as Personal Representative of Estate of Letita Johnson, deceased,<br>*Plaintiff*<br>v.<br><br>City of Columbia; City of Columbia Police Department,<br>*Defendants* | )<br>)<br>)<br>)<br>) | Civil Action No.   3:15-cv-02658-MGL |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Jeanne Manning, shall take nothing of the defendants, City of Columbia; City of Columbia Police Department, and this action is dismissed with prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint with prejudice.

Date:   December 4, 2015                                        *ROBIN L. BLUME, CLERK OF COURT*

                                                                                   s/M. Walker

                                                                       *Signature of Clerk or Deputy Clerk*